UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MICHAEL RALPH, PAULA RALPH
and BRANDON RALPH,

Plaintiffs,

V.                                                          Case No: 6:12-cv-516-Orl-18KRS

WALGREEN, CO, MICHELLE LEWIS,
RIGOBERTO A. QUIZON, CAPE
CANAVERAL HOSPITAL, INC.,
RALPH P. PAGE and RALPH P. PAGE,

Defendants.

## ORDER OF RECUSAL

Upon the Court's own motion, based upon a review of the file in this case, the undersigned Judge determines that the interests of justice would best be served by recusal from this case. *Stockholder*

DONE AND ORDERED at Orlando, Florida, this ___ day of April, 2012.

G. KENDALL SHARP
SENIOR UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record